ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - x
                       :

UNITED STATES OF AMERICA     :

       - v. -           :

NAZEER VICKERS,          :
     a/k/a "Z,"        :

     Defendant.       :

                       :

- - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/25/18

SEALED
INDICTMENT

18 Cr. _____

**18 CRIM  530**

## COUNT ONE

(Conspiracy to Commit Sex Trafficking)

The Grand Jury charges:

1.    From in or about June 2017, up to and including in or about August 2017, within the Southern District of New York and elsewhere, NAZEER VICKERS, a/k/a "Z," the defendant, together with others known and unknown, did knowingly and intentionally combine, conspire, confederate, and agree together and with each other to commit sex trafficking, in violation of Title 18, United States Code, Sections 1591(a)(1), (a)(2) and (b).

2.    It was a part and an object of the conspiracy that NAZEER VICKERS, a/k/a "Z," the defendant, and others known and unknown, willfully and knowingly, in and affecting interstate and foreign commerce, would and did recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means one and more persons, and did benefit,

JUDGE SCHOFIELD

financially and by receiving things of value, from participation in a venture that engaged in any such act, knowing and in reckless disregard of the fact that (1) means of force, threats of force, fraud, coercion, as described in Title 18, United States Code, Section 1591(e)(2), and a combination of such means would be used to cause such persons to engage in one and more commercial sex acts, and (2) one and more such persons had not attained the age of 18 years and would be caused to engage in one and more commercial sex acts.

(Title 18, United States Code, Section 1594(c).)

## COUNT TWO

(Attempted Sex Trafficking)

The Grand Jury further charges:

3.    From in or about June 2017, up to and including in or about August 2017, within the Southern District of New York and elsewhere, NAZEER VICKERS, a/k/a "Z," the defendant, willfully and knowingly, in and affecting interstate and foreign commerce, did attempt to recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means one or more persons, and did benefit, financially and by receiving things of value, from participation in a venture that engaged in any such act, knowing and in reckless disregard of the fact that (1) means of force, threats of force, fraud, coercion, as described in Title 18, United States Code, Section

2

1591(e)(2), and a combination of such means would be used to cause such persons to engage in one or more commercial sex acts, and (2) that one or more such persons had not attained the age of 18 years and would be caused to engage in one and more commercial sex acts, to wit, VICKERS, attempted to recruit, harbor, transport, provide, obtain, advertise, and maintain a minor victim ("Victim-1") through force, threats of force, fraud, coercion, and a combination of such means, who was caused to engage in at least one commercial sex act, the proceeds of which were transferred at least in part to VICKERS.

(Title 18, United States Code, Sections 1591(a), (b)(1), (b)(2), 1594(a), and 2.)

## COUNT THREE

(Sex Trafficking)

The Grand Jury further charges:

4.   From in or about June 2017, up to and including in or about August 2017, within the Southern District of New York and elsewhere, NAZEER VICKERS, a/k/a "Z," the defendant, willfully and knowingly, in and affecting interstate and foreign commerce, did recruit, entice, harbor, transport, provide, obtain, advertise, maintain, patronize, and solicit by any means one or more persons, and did benefit, financially and by receiving things of value, from participation in a venture that engaged in any such act, knowing and in reckless disregard of the fact

3

that one or more such persons had not attained the age of 18 years and would be caused to engage in one and more commercial sex acts, to wit, VICKERS recruited, harbored, transported, provided, obtained, advertised, and maintained a minor victim ("Victim-2") through force, threats of force, fraud, coercion, and a combination of such means, who was caused to engage in at least one commercial sex act, the proceeds of which were transferred at least in part to VICKERS.

(Title 18, United States Code, Sections 1591(a), (b)(1), (b)(2) and 2.)

## FORFEITURE ALLEGATIONS

5.    As a result of committing the offenses alleged in Counts One through Three of this Indictment, NAZEER VICKERS, a/k/a "Z," the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 1594(d), any property, real and personal, that was involved in, used, or intended to be used to commit or to facilitate the commission of the offenses alleged in Counts One through Three, and any property, real and personal, constituting or derived from, any proceeds obtained, directly or indirectly, as a result of the offenses alleged in Counts One through Three, or any property traceable to such property, including but not limited to a sum of money in United States currency representing the amount of

4

proceeds traceable to the commission of said offenses that the defendant personally obtained.

### Substitute Asset Provision

6.      If any of the above-described forfeitable property, as a result of any act or omission of the defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third person;

(c) has been placed beyond the jurisdiction of the Court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p) and 28 U.S.C. § 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Sections 981, and 1594; Title 21, United States Code, Section 853; and Title 28, United States Code, Section 2461.)

FOREPERSON   7/25/18

GEOFFREY S. BERMAN
United States Attorney

5

Form No. USA-33s-274 (Ed. 9-25-58)

---

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**UNITED STATES OF AMERICA**

**v.**

**NAZEER VICKERS,
a/k/a "Z,"**

**Defendant.**

---

**INDICTMENT**

18 Cr. \_\_\_\_

(18 U.S.C. §§ 1591(a)(1),(2),
(b)(1),(2), 1594(a),(c), and 2)

GEOFFREY S. BERMAN
United States Attorney

*Foreperson*

---

7/25/18   FILED INDICTMENT. WARRANT ISSUED

COPY, USMJ