```
     J9CAAVICC                      Conference

1    UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
2    ------------------------------x

3    UNITED STATES OF AMERICA,

4             v.                              18 CR 530 (LGS)

5    NAZEER VICKERS,

6                  Defendant.

7    ------------------------------x

8                                              New York, N.Y.
                                               September 12, 2019
9                                              11:45 a.m.

10
     Before:
11
                    HON. LORNA G. SCHOFIELD,
12
                                               District Judge
13

14                         APPEARANCES

15   GEOFFREY S. BERMAN
          United States Attorney for the
16        Southern District of New York
     ELINOR L. TARLOW
17        Assistant United States Attorney

18   CHRISTOPHER A. FLOOD
          Attorney for Defendant Vickers
19

20

21

22

23

24

25
```

1              (Case called)
2              MS. TARLOW:  Good morning, your Honor.
3              Elinor Tarlow, for the government.
4              THE COURT:  Good morning.
5              MR. FLOOD:  Good morning.
6              Christopher Flood, Federal Defenders of New York, on
7    behalf of Mr. Vickers who is present.
8              THE COURT:  Good morning.
9              Good morning, Mr. Vickers.  You may be seated.
10             Could I have a report from the government.
11             MS. TARLOW:  Yes, your Honor.  The government's
12   discovery in this case has been produced to defense counsel.
13   The parties have been engaged in pretrial disposition
14   discussions.  A plea agreement has currently been offered to
15   the defendant.  It is my understanding, although I will let
16   defense counsel speak on this issue that the defendant does
17   intend to enter a guilty plea at this time to a superseding
18   information.
19             THE COURT:  OK.  Let me hear from Mr. Flood.
20             MR. FLOOD:  That's substantially correct, your Honor.
21   I'd exchanged with another prosecutor on the case about sitting
22   down with them one last time to get some information I am
23   concerned about but we have accepted the plea.  So it's a
24   matter of scheduling here.
25             THE COURT:  OK.  Thank you.

```
J9CAAVICC                      Conference
```

1          All right.  Do we need to do anything?  Any trial

2  applications or anything like that?

3          MS. TARLOW:  There would be one, your Honor.

4          THE COURT:  Why don't I set a conference date for 30

5  days out.

6          COURTROOM DEPUTY:  The 15th of October at --

7          THE COURT:  Let's say 10:30.  So I'll set a status

8  conference for October 15th at 10:30.  It will be canceled if

9  there is a disposition in the meantime.

10         MS. TARLOW:  And the government would move to exclude

11 time until that date.

12         MR. FLOOD:  Without objection.

13         THE COURT:  All right.  So I will exclude time to

14 permit the parties to continue their plea discussions and I

15 find that the ends of justice served by excluding the time

16 between now and October 15, 2019, outweigh the best interests

17 of the public and the defendant in a speedy trial under 18

18 U.S.C. 3161(h)(7)(a)).

19         Thank you.

20         (Adjourned)