

*U.S. Department of Justice*

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

October 11, 2019

**BY ECF**
Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
Thurgood Marshall U.S. Courthouse
40 Foley Square
New York, New York 10007

    Re:   *United States v. Nazeer Vickers*, 18 Cr. 530 (LGS)

Dear Judge Schofield:

    The parties jointly request that the conference scheduled in the above-captioned matter for Tuesday, October 15, 2019 at 10:30 a.m. be adjourned. Defendant Nazeer Vickers is presently scheduled to enter a guilty plea on Wednesday, October 16, 2019 at 11 a.m. before the Honorable Stewart D. Aaron. The parties will provide the Court with a status update following the guilty plea proceeding.

        Respectfully submitted,

        GEOFFREY S. BERMAN
        United States Attorney for
        the Southern District of New York

By:    /s/                      
     Elinor L. Tarlow
     Mollie Bracewell
     Jacob Gutwillig
     Assistant United States Attorney
     (212) 637-1036 / 2218 / 2215

cc: Christopher Flood, Esq.