# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/16/2020

January 10, 2020

By ECF
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re: United States v. Nazeer Vickers, 18 Cr. 530 (LGS)

Dear Judge Schofield:

With the Government's consent, I write on behalf of Mr. Vickers to request that the sentencing hearing, currently scheduled in this matter for Tuesday, February 4, 2020 at 11 a.m. be adjourned for at least thirty days.

An adjournment is necessary as the Defense is still gathering pertinent records and other materials that we believe are integral to the sentencing submission we will submit on Mr. Vickers' behalf, with the purpose of providing the Court a basis to craft a fair and just sentence for Mr. Vickers.

I have discussed this request with Assistant United States Attorney Elinor Tarlow, Esq., who consents to an adjournment on behalf of the Government.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender

cc: AUSA Elinor Tarlow

Application Granted. Defendant Nazeer Vickers' sentencing hearing is adjourned to **April 9, 2020 at 11:00** a.m. Defendant's pre-sentencing submission shall be filed by **March 16, 2020**. The Government's pre-sentencing submission, if any, shall be filed by **March 19, 2020**. The Clerk of Court is respectfully directed to terminate the letter motion at docket number 49.

Dated: January 16, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE