UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
: 
UNITED STATES OF AMERICA, :
                        Plaintiff, :
:   18 Cr. 530 (LGS)
        -against- :
:   ORDER
NAZEER VICKERS, :
                      Defendant, :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Nazeer Vickers' sentencing hearing previously scheduled for April 9, 2020, is adjourned to **June 16, 2020 at 2:00 p.m.** Defendant's submission shall be filed by May 26, 2020. The Government's submission shall be filed by May 29, 2020.

Dated: March 30, 2020
       New York, New York

                                              LORNA G. SCHOFIELD
                                              UNITED STATES DISTRICT JUDGE