UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
UNITED STATES OF AMERICA :
:
        -against- : 18 Crim. 530 (LGS)
:
NAZEER VICKERS, : **ORDER**
                              Defendant. :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, on April 20, 2020, a bail hearing was held regarding Defendant's motion for temporary release from pretrial detention. It is hereby

      **ORDERED** that, for the reasons stated on the record at the April 20, 2020, hearing, Defendant's motion is **DENIED**. It is further

      **ORDERED** that the Government shall transmit a complete, up-to-date set of Defendant's medical records while at the Westchester County Jail to Defendant's counsel by **April 27, 2020**.

      The Clerk of Court is respectfully directed to close the motions at Docket Nos. 53 and 54.

Dated: April 20, 2020
       New York, New York

                                              LORNA G. SCHOFIELD
                                          UNITED STATES DISTRICT JUDGE