**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

May 29, 2020

*By ECF*
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re:   *United States v. Nazeer Vickers*, 18 Cr. 530 (LGS)

Dear Judge Schofield:

With the Government's consent, I write on behalf of Mr. Vickers to request that the sentencing hearing, currently scheduled in this matter for Tuesday, June 4, 2020 be adjourned to a date in September.

An adjournment is necessary as the restrictions in place because of the COVID-19 outbreak have prevented the Defense from having meaningful contact with Mr. Vickers for several months. Further, the Defense is still gathering pertinent records and other materials that we believe are integral to the sentencing submission we will submit on Mr. Vickers' behalf, with the purpose of providing the Court a basis to craft a fair and just sentence for Mr. Vickers.

I have discussed this request with Assistant United States Attorney Elinor Tarlow, Esq., who consents to an adjournment on behalf of the Government.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender

cc:   AUSA Elinor Tarlow

Application Granted.  The sentencing hearing, currently scheduled for June 16, 2020, is adjourned to September 17, 2020 at 11:00 a.m.  Defendant's submission shall be filed by August 24, 2020. The Government's submission, if any, shall be filed by August 27, 2020.  The Clerk of the Court is directed to terminate the letter motion at docket number 59.

Dated: June 2, 2020
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE