# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director
and Attorney-in-Chief*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 23, 2021

The Honorable Lorna G. Schofield
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

      Re:    *United States v. Nazeer Vickers*,
              S2 18 Cr. 530 (LGS)

Honorable Judge Schofield:

      I write with the consent of the Government to respectfully request that the sentencing hearing presently scheduled in the above-captioned matter for Thursday, March 11, 2021 at 11 a.m. be adjourned for at least 60 days. This adjournment is necessary to allow Mr. Vickers adequate time to prepare for his sentencing with counsel, which has been significantly hampered by the ongoing COVID-19 crisis.

      I have discussed this matter with Assistant United States Attorney Peter Davis, who consents on behalf of the Government.

Application Granted. The sentencing hearing currently scheduled for March 11, 2021, is adjourned to **June 3, 2021, at 11:00 a.m.** Defendant's submission shall be filed by May 10, 2021. The Government's submission, if any, shall be filed by May 13, 2021. The Clerk of the Court is directed to terminate the letter motion at docket number 66.

Respectfully submitted,
/s/
Christopher A. Flood
Federal Defenders of New York, Inc.
52 Duane Street, 10th floor
New York, NY 10007

Dated: February 25, 2021
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**