**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

December 13, 2021

*By ECF*
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y.  10007

Re:   *United States v. Nazeer Vickers,* 18 Cr. 530 (LGS)

Dear Judge Schofield:

With the consent of the Government, I write on behalf of Mr. Vickers to request that the sentencing hearing be adjourned for approximately 45 days to late January 2022.

The Defense is still gathering pertinent records and other materials that we believe are integral to the sentencing submission we will submit on Mr. Vickers' behalf, with the purpose of providing the Court a basis to craft a fair and just sentence for Mr. Vickers. We do not anticipate a further request to adjourn sentencing.

I have discussed this request with Assistant United States Mollie Bracewell, Esq., who consents to an adjournment on behalf of the Government.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender

cc:   All counsel (*by ECF*)

Application Granted.  The sentencing hearing currently scheduled for January 10, 2022, is adjourned to **February 15, 2022, at 11:00 a.m**.  Defendant's submission shall be filed by **January 21, 2022**. The Government's submission, if any, shall be filed by **January 24, 2022**.  The Clerk of the Court is directed to terminate the letter motion at docket number 74.

Darted: December 15, 2021
New York, New York

Lorna G. Schofield
**UNITED STATES DISTRICT JUDGE**