# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

February 9, 2022

*By ECF*
The Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, N.Y. 10007

Re:   *United States v. Nazeer Vickers,* 18 Cr. 530 (LGS)

Dear Judge Schofield:

With the consent of the Government, I write on behalf of Mr. Vickers to request that the sentencing hearing be adjourned to any convenient date in April 2022, with defense submissions due approximately five weeks from today.

The Defense is still gathering pertinent records and other materials that we believe are integral to the sentencing submission we will submit on Mr. Vickers' behalf, with the purpose of providing the Court a basis to craft a fair and just sentence for Mr. Vickers. We do not anticipate a further request to adjourn sentencing.

I have discussed this request with Assistant United States Mollie Bracewell, Esq., who consents to an adjournment on behalf of the Government.

Respectfully submitted,

Christopher A. Flood
Assistant Federal Defender

cc:   All counsel (*by ECF*)

Application Granted in part.  The sentencing hearing currently scheduled for February 15, 2022, is adjourned to **April 5, 2022, at 11:00 a.m**.  Defendant's submission shall be filed by **March 14, 2022**.  The Government's submission, if any, shall be filed by **March 18, 2022**.  No further extensions will be granted absent extraordinary circumstances.  The Clerk of the Court is directed to terminate the letter motion at docket number 76.

Dated: February 14, 2022
New York, New York

LORNA G. SCHOFIELD
**UNITED STATES DISTRICT JUDGE**