UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
                                                    :
UNITED STATES OF AMERICA,          :

                                                    :          18 Cr. 530 (LGS)
                -against-                    :
                                                    :          <u>ORDER GRANTING</u>
NAZEER VICKERS,                        :          <u>TEMPORARILY BAIL</u>
                            Defendant,  :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

     It is hereby **ORDERED** that the United States Marshals Service ("USMS") release NAZEER VICKERS, the defendant, for a one-day release on bail on **Friday, March 4, 2022**, no later than 9:00 a.m. for the sole purpose of attending the funeral of his father, Johnny Vickers Jr., upon the following condition:

1. The signature of two financially responsible family members upon a $100,000 unsecured surety bond prior to **Thursday, March 3, 2022, at noon**. Defense counsel shall verify and confirm with the Court that the co-signers collectively have assets at least equal to the amount of the bond or shall provide facts otherwise showing financial responsibility;

2. Defense counsel shall file a letter by **March 3, 2022, at 2:00 p.m**, confirming that the above condition has been satisfied. It is

**ORDERED** that, subject to the above conditions being satisfied, NAZEER VICKERS shall be released by the USMS to the custody of a representative of the Federal Defenders of New York and the co-signors of the bond. Nazeer Vickers is to return and surrender to the USMS on the same day, no later than 2:00 p.m. It is further

**ORDERED** that the co-signers <u>and</u> a representative of the Federal Defenders of New York shall accompany the defendant from the time of his temporary release until his surrender into BOP custody on the afternoon of March 4, 2022, and shall ensure that the defendant engages in no activities except to attend the funeral service of his father. Mr. Johnny Vickers Jr's funeral service will be held on March 4, 2022, at the Christian Culture Center, 12020 Flatlands Avenue, Brooklyn, New York 11207.

NAZEER VICKERS is currently incarcerated at the Brooklyn Metropolitan Detention Center and is assigned Register Number 85992-054.

Dated: March 2, 2022
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE