UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
    UNITED STATES OF AMERICA,

                                  -against-

    NAZEER VICKERS,
                                       Defendant.
------------------------------------------------------------X

18 Cr. 530 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

    WHEREAS, the Order dated February 14, 2022, directed Defendant to file his sentencing submission by March 14, 2022. (Dkt. No. 77)

    WHEREAS, no sentencing submission has been filed.  It is hereby

    **ORDERED** that Defendant's submission shall be filed by **March 17, 2022**.  The Government's submission shall be filed by **March 21, 2022**.

Dated: March 15, 2022
           New York, New York

                                                               LORNA G. SCHOFIELD
                                                            UNITED STATES DISTRICT JUDGE