UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
 :
UNITED STATES OF AMERICA, :
 : 18 Cr. 530 (LGS)
        -v- :
 : **ORDER**
NAZEER VICKERS, :
                            Defendant, :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, with Nazeer Vickers' consent, his guilty plea allocution was taken before Magistrate Stewart D. Aaron on October 17, 2019;

      WHEREAS, a transcript of the allocution was made; and

      WHEREAS, upon review of that transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there is a factual basis for the guilty plea;

      IT IS HEREBY ORDERED that the defendant's guilty plea is accepted.

Dated: New York, New York
       March 29, 2022

                                                 LORNA G. SCHOFIELD
                                          **UNITED STATES DISTRICT JUDGE**