UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
UNITED STATES OF AMERICA,
                         Plaintiff,

            18 Crim. 530 (LGS)

        -against-

            ORDER

NAZEER VICKERS,
                       Defendant,
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, a status conference was held on April 5, 2022.  For the reasons discussed at the conference, it is hereby

      **ORDERED** that the sentencing hearing scheduled for April 5, 2022, is **adjourned sine die**.  It is further

      **ORDERED** that the parties shall submit briefing regarding (1) the scope and meaning of "reasonable opportunity to observe," in connection with the knowledge element under 18 U.S.C. § 1594(c), particularly in the context of outright denials and facts suggesting a reasonable basis for denial on the record, and (2) the appropriate way to proceed when, prior to sentencing, a defendant makes statements that are inconsistent with a guilty plea.

                                            _/s/ Lorna G. Schofield_
                                              LORNA G. SCHOFIELD
                                            UNITED STATES DISTRICT JUDGE

The briefing shall be submitted according to the following schedule:

- By **April 19, 2022**, the Government shall file its memorandum of law, not to exceed twenty (20) pages.

- By **April 27, 2022**, Defendant shall submit its memorandum, not to exceed twenty (20) pages.

No reply shall be filed without leave of court.

Dated:  April 5, 2022
       New York, New York