UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
: 
UNITED STATES OF AMERICA,            :
:
:    18 Cr. 530 (LGS)
-against-                     :
:    SCHEDULING ORDER
NAZEER VICKERS,                       :
               Defendant,   :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

WHEREAS the Court is prepared to sentence Defendant based on the current record. It is hereby

**ORDERED** that Defendant Nazeer Vickers' sentencing hearing shall be held on **July 11, 2022,** at **11:00 a.m.** in courtroom 1106 of the Thurgood Marshall Courthouse, 40 Foley Square, New York, New York 10007.

Dated: May 19, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**