UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
UNITED STATES OF AMERICA,                                   :
                                         Plaintiff,         :
                                                            :       18 Cr. 530 (LGS)
                  -against-                                 :
                                                            :       ORDER
NAZEER VICKERS,                                             :
                                         Defendant,         :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

It is hereby **ORDERED** that Defendant Nazeer Vickers' sentencing hearing previously scheduled for July 11, 2022, at 11:00 a.m. is adjourned to **July 11, 2022 at 2:30 p.m.**

Dated: July 8, 2022
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**